United States District Court
Southern District of Texas
**ENTERED**
July 06, 2016
David J. Bradley, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| Government, § | |
| § | |
| VS. § | CRIMINAL NO. H-16-126-6 |
| § | |
| OSMEL SERRANO, § | |
| § | |
| Defendant. § | |

## ORDER OF REFERRAL

Having considered the defendant's consent, this cause is hereby referred to United States Magistrate Judge Mary Milloy for the purpose of administering the plea of guilty and the FED.R.CRIM.P. 11 Allocution, subject to the final approval and imposition of sentence by this Court.

SIGNED on July 6, 2016, at Houston, Texas.

Lee H. Rosenthal
United States District Judge